THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. BORG, Appellant.

The hearing court properly determined that defendant and his wife had voluntarily consented to the searches (*see, People v Gonzalez*, 39 NY2d 122) and that defendant's statement to Investigator McKnight after defendant had invoked his right to counsel was admissible as a spontaneous statement (*see, People v Rogers*, 48 NY2d 167). We have considered defendant's other contentions and find them to be lacking in merit. Mollen, P. J., Titone, Thompson and Lawrence, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BROCKINGTON, Appellant.

The People have proved defendant's guilt beyond a reasonable doubt. Defendant's other contentions have been considered and found to be without merit. Titone, J. P., Thompson, Bracken and Rubin, JJ., concur.